SCOTT J. STROHM (*pro hac vice*)
**EVANS & DIXON, LLC**
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913.701.6810 | F: 913.341.2293
copyright@evans-dixon.com

CHAD PEHRSON (Bar No. 261829)
**KUNZLER BEAN & ADAMSON, PC**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 365-9110

*Attorneys for Plaintiff Joseph Tomelleri*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN BEAR COTTAGES, INC.<br><br>Defendant. | No.  5:22-cv-1467<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Joseph R. Tomelleri, by and through his counsel of record, and for his complaint against Defendant Golden Bear Cottages, Inc., states as follows:

### GENERAL NATURE OF THE CASE

1. This case involves Defendant's copyright infringement of at least six (6) fish illustrations created and owned by Joseph Tomelleri, one of the world's most prolific and renowned illustrators of fresh water fish. Defendant used the illustrations to advertise and promote its cabin rental business.

### JURISDICTION AND VENUE

2. This claim is brought pursuant to 17 U.S.C. § 101, et seq.

3. This Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this case arises under the copyright laws of the United States.  (17 U.S.C. § 101 et

1  seq.).

2  4. This Court has personal jurisdiction over Defendant because Defendant in
3  incorporated in the State.

4  5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because
5  Defendant is located in this judicial district.

## PARTIES

7  6. Plaintiff is an adult individual and a resident of the State of Kansas.

8  7. Defendant is a California Stock Corporation.

9  8. Defendant may be served via its registered agent, Donald D. DiCarlo, at 830
10 Hillyfield Lane San Bernardino, CA 92407.

## TOMELLERI'S BACKGROUND AND WORKS

12 9. Plaintiff Joseph Tomelleri is an artist and a trained biologist who has spent most of
13 his working life collecting, studying, and illustrating North American fish species.

14 10. Over a 35-year career, Mr. Tomelleri has created over 1300 hand drawn illustrations
15 of fish in various life cycles, including as many as 900 unique species of fish.

16 11. In 2010, Joseph Tomelleri was inducted into the Freshwater Fish Hall of Fame for
17 his work as a fish illustrator.

18 12. Mr. Tomelleri's illustrative process involves his expertise gained from many years
19 of education, his observations of fish in the wild, and obtaining and preserving specimens.

20 13. Mr. Tomelleri hand draws his illustrations.

21 14. He incorporates his own expression of color patterns, fin arrangements and other
22 characteristics he believes most significant for a particular fish species in a particular life cycle
23 phase.

24 15. His illustrations have been published in numerous scientific studies, journals, books,
25 magazines, and fish identification guides.

26 16. Mr. Tomelleri is the sole owner and proprietor of all rights, titles, and interest in,
27 and to, the copyrights for the illustrations at issue in this case (the "Illustrations").

28 17. Joseph Tomelleri is and always has been the exclusive owner of the Illustrations.

18. Each of the Illustrations is covered by a copyright registration owned by Mr. Tomelleri.

19. The following is Mr. Tomelleri's Illustration at issue and the corresponding registration information.

| No. | Illustration | Reg. # | Reg. Date |
|---|---|---|---|
| 1 | LARGEMOUTH BASS | VA 1 799485 | 05/26/2011 |
| 2 | BLACK CRAPPIE | TX 3 082429 | 05/02/1991 |
| 3 | SMALLMOUTH BASS | TX 3 082429 | 05/02/1991 |
| 4 | BLUE CATFISH | TX 3 082429 | 05/02/1991 |
| 5 | CHANNEL CATFISH MALE | TX 3 082429 | 05/02/1991 |
| 6 | BLUEGILL | VA 1 799644 | 06/20/2011 |

### **DEFENDANT'S INFRINGING CONDUCT**

20. Defendant is resort specializing in lodging accommodations in Big Bear Lake, California. They have 25 vacation cabin rentals spanning across 5 acres.

21. In order to advertise and promote its business, and sell bookings for their mountain cabin rentals, Defendant maintains a website at the url https://goldenbear.net/ (the "Website").

22. Plaintiff discovered that Defendant, without authorization, reproduced and displayed the Illustrations or their derivatives on the Website.

23. The Illustrations used on the Website were used as advertisements for their resort, the boating and fishing season, and the type of fish that guests might catch in Big Bear Lake if they stayed in Defendant's cabins.

24. Specifically, Defendant used the Illustrations or their derivatives to promote the fishing activities available near their resort.

25. Defendant derived revenue from the bookings sold on the Website with the infringing use of the Illustrations.

///

///

## COUNT I - COPYRIGHT INFRINGEMENT

## (17 U.S.C. § 501)

26. Plaintiff restates the allegations contained in paragraphs 1-25 as if fully set forth herein.

27. Plaintiff has valid copyrights and copyright registrations for the Illustrations.

28. Defendant has infringed Plaintiff's copyrights in his Illustrations by preparing derivative works based upon the Illustrations.

29. Defendant has infringed Plaintiff's copyrights in his Illustrations by reproducing, and publicly displaying unauthorized copies of the Illustrations and/or derivatives thereof on the Website.

30. Defendant has infringed Plaintiff's copyright in his Illustrations by distributing the Illustrations to the public via its Website.

31. To the extent that Defendant does not acknowledge copying the Illustrations, Defendant had access to the Illustrations and the images used by Defendant are strikingly similar to the Illustrations.

32. As a result of Defendant's above-described acts of copyright infringement, Plaintiff has sustained damages including lost licensing revenue in an amount not yet ascertained, and profits that should be disgorged to Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, for the reasons stated above, Plaintiff prays for judgment against Defendant as follows:

a. Under 17 U.S.C. § 502, grant temporary and final injunctions on such terms as it deems reasonable to prevent or restrain infringement of Plaintiff's copyright;

b. Under 17 U.S.C. § 503, order the impounding and ultimately destruction, on such terms as it may deem reasonable, of any records or material involved in Defendant's copyright infringement;

c. Under 17 U.S.C. § 504, award Plaintiff's actual damages and any additional profits of Defendant, or, if Plaintiff so elects before judgment is entered, award statutory damages;

    d.    Under 17 U.S.C. § 505, award costs to Plaintiff;

    e.    Under 17 U.S.C. § 505, as the prevailing party in a Copyright lawsuit, award to Plaintiff reasonable attorneys' fees;

    f.    Awarding Plaintiff all available pre-judgment and post-judgment interest on all amounts of any judgment; and

    g.    Grant to Plaintiff such further relief as may be equitable and proper.

### JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: August 19, 2022        Respectfully submitted,

**EVANS & DIXON, LLC**

*/s/ Scott J. Strohm*\*
SCOTT J. STROHM
(*pro hac vice* motion forthcoming)

and

**KUNZLER BEAN & ADAMSON, PC**

*/s/ Chad Pehrson*
CHAD PEHRSON

*Attorneys for Plaintiff Joseph Tomelleri*

\*Signed with permission of Scott J. Strohm 8/19/22.