**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
  E-Mail: Dan.DeCarlo@lewisbrisbois.com
ROBERT M. COLLINS, SB# 254915
  E-Mail: Robert.Collins@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
GOLDEN BEAR COTTAGES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOLDEN BEAR COTTAGES, INC,,<br><br>  Defendant. | Case No. 5:22-CV-01467-MCS-SHK<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. RULES OF CIV. PRO. 41(a)(1)(A)(ii)**<br><br>Complaint filed:  August 19, 2022<br>Trial Date:  September 26, 2023 |

**IT IS HEREBY STIPULATED**, between and among the Parties hereto, by and through their respective counsel of record, that this action be dismissed, with prejudice, pursuant to Fed. Rules of Civ. Pro. Rule 41(a)(1)(A)(ii) which allows for dismissal of this action without a Court order pursuant to a stipulation of dismissal signed by all parties who have appeared.

**ITS IS SO STIPULATED.**

DATED: May 2, 2023

DANIEL C. DECARLO
ROBERT M. COLLINS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Robert M. Collins_____
ROBERT M. COLLINS
Attorneys for Defendant  GOLDEN BEAR COTTAGES, INC.

DATED: May 2, 2023

STEVEN H. MUSTOE
EVANS & DIXON LLC

By:  */s/ Steven H. Mustoe*
STEVEN H. MUSTOE
Attorneys for Plaintiff  GOLDEN BEAR COTTAGES, INC.



94285516.2

2

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. RULES OF CIV. PRO. 41(a)(1)(A)(ii)